

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00728-CR

**EX PARTE** Alonso Islas **SAMPIERO**

From the County Court, Zapata County, Texas
Trial Court No. CR-08502
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this judgment of the trial court is AFFIRMED. This court's August 8, 2023 stay is LIFTED.

SIGNED August 27, 2025

_____
Lori Massey Brissette, Justice